EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: José A. Plaud González | 2006 TSPR 141 168 DPR ____ |
|---|---|

Número del Caso: AB-2006-58

Fecha: 1 de septiembre de 2006

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José A. Plaud González          AB-2006-58      Queja

Sala de Verano integrada por el Juez Presidente señor Hernández Denton, el Juez Asociado señor Fuster Berlingeri y la Jueza Asociada señora Fiol Matta

RESOLUCIÓN

San Juan, Puerto Rico, a 1 de septiembre de 2006.

La Hon. Carmen M. Merced Torres Jueza de la Sala Superior de Carolina del Tribunal de Primera Instancia de Puerto Rico, remitió una copia de la Orden de 14 de febrero de 2006 al Juez Presidente, Hon. Federico Hernández Denton, referente a la conducta del Lic. José a. Plaud González reiterando el incumplimiento con su obligación alimentaria y las órdenes del Tribunal.

La Jueza Merced Torres acompañó copia de órdenes, mociones y minutas que recogen varios incidentes.

El Juez Presidente ha traído los asuntos planteados por la Jueza Merced Torres a nuestra atención. La conducta descrita por la Jueza Merced Torres es similar a la de muchos otros abogados cuya conducta ha sido referida a nuestra atención. Como en esas ocasiones, reafirmamos la facultad de los jueces del Tribunal de Primera Instancia para mantener y asegurar el orden en los procedimientos ante su consideración sin necesidad de referirnos dichas situaciones. Resultan pertinentes nuestras expresiones en E.L.A. v. Asociación de Auditores, 147 D.P.R. 669, 681 (1999), cuando afirmamos que:

La base jurídica para el procedimiento de desacato en Puerto Rico proviene de tres (3) fuentes, según han sido interpretadas por nuestra jurisprudencia, las cuales están fundadas en el poder inherente de los tribunales para hacer cumplir sus órdenes. Los tribunales tendrán poder, entre otros, para mantener y asegurar el orden en su presencia y en los procedimientos ante su consideración, para hacer cumplir sus órdenes, sentencias y providencias, y para realizar u ordenar cualquier acto que resulte necesario a fin de cumplir a cabalidad sus funciones. 4 L.P.R.A. secs. 1a y 362a. Para el ejercicio efectivo de las facultades antes enumeradas la ley les autoriza a castigar por desacato. 4 L.P.R.A. sec. 362b. (Énfasis suplido).

Los jueces de instancia poseen, además, la facultad discrecional de imponer al abogado aquellas sanciones económicas que estimen apropiadas por conducta que afecte adversamente los procesos judiciales.

En vista de lo antes expuesto, devolvemos el asunto a la Sala Superior de Carolina del Tribunal de Primera Instancia, para la acción correspondiente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo